AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

California Indian Legal Services
106 K Street, Suite 300
Sacramento, CA 95814

*Plaintiff(s)*

v.

Civil Process Clerk
United States Attorney's
Office for the Northern
District of California
450 Golden Gate Avenue
San Francisco, CA 94102

*Defendant(s)*

Civil Action No. 3:26 -cv-12310

**SUMMONS IN A CIVIL ACTION**

To:

Civil Process Clerk
United States Attorney's Office for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

California Indian Legal Services
106 K Street, Suite 300
Sacramento, CA 95814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Northern District of California

California Indian Legal Services
106 K Street, Suite 300
Sacramento, CA 95814

*Plaintiff(s)*

v

The Honorable Bradford P. Wilson Archivist of the United States U.S. National Archives and Records Administration 700 Pennsylvania Ave. NW Washington, D.C. 20408

*Defendant(s)*

Civil Action No. 3:26-cv-12310

**SUMMONS IN A CIVIL ACTION**

To:

The Honorable Bradford P. Wilson

Archivist of the United States

U.S. National Archives and Records Administration

700 Pennsylvania Ave. NW

Washington, D.C. 20408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

California Indian Legal Services
106 K Street, Suite 300
Sacramento, CA 95814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* *National Archives and Records Administration; Office of General Counsel*

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________

______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*:

.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

California Indian Legal Services
106 K Street, Suite 300
Sacramento, CA 95814

*Plaintiff(s)*

v.

Attorney General of the United States U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*Defendant(s)*

Civil Action No.3:26 -cv-12310

**SUMMONS IN A CIVIL ACTION**

To:
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

California Indian Legal Services
106 K Street, Suite 300
Sacramento, CA 95814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

California Indian Legal Services
106 K Street, Suite 300
Sacramento, CA 95814

*Plaintiff(s)*

v.

U.S. Department of Justice
Justice Management Division:
Jolene Ann Lauria
950 Pennsylvania Avenue,
NW Room 1111
Washington, DC 20530

*Defendant(s)*

Civil Action No.3:26 -cv-12310

**SUMMONS IN A CIVIL ACTION**

To:

U.S. Department of Justice
Justice Management Division
950 Pennsylvania Avenue, NW Room 1111
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

California Indian Legal Services
106 K Street, Suite 300
Sacramento, CA 95814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ________________________

*Signature of Clerk or Deputy Clerk*